JAM
F.# 2019R01707

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

YEVGENIY GRININ,
ALEKSEY IPPOLITOV,
BORIS LIVSHITS,
SVETLANA SKVORTSOVA,
VADIM KONOSHCHENOK,
ALEXEY BRAYMAN and
VADIM YERMOLENKO,

     Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - X

~~PROPOSED~~ O R D E R

CR 22-409 (S-1) (HG)

   Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Artie McConnell, for an order unsealing the above-captioned matter in its entirety.

   WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed.

Dated: Brooklyn, New York
    December 13, 2022

*Cheryl Pollak*

Honorable Cheryl L. Pollak
~~HONORABLE MARCIA M. HENRY~~
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK



U.S. Department of Justice

United States Attorney
Eastern District of New York

JAM
F. #2019R01707

*Select Street Address*
*Select City & State*

December 13, 2022

By E-mail

The Honorable Marcia M. Henry
United States Magistrate Judge
Eastern District of New York 225
Cadman Plaza East Brooklyn, NY
11201

        Re:    United States v. Yevgeniy Grinin <u>et al</u>.
                <u>Criminal Docket No. 22-409 (S-1) (HG)</u>

Dear Judge Henry:

        The government respectfully moves for an order unsealing the indictment in the above captioned matter.

                                  Respectfully submitted,

                                  BREON PEACE
                                United States Attorney

                     By:   <u>/s/ Artie McConnell</u>
                                Artie McConnell
                                Assistant U.S. Attorney
                                (718) 254-7150

Enclosure

cc:    Clerk of Court (by ECF)