UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA

   -against-

VADIM YERMOLENKO,

        Defendant

-------------------------------------------------------X

**NOTICE OF APPEARANCE**

22-cr-409-HG-7

PLEASE TAKE NOTICE that having been duly admitted to practice in the Eastern District of New York, I, NORA HIROZAWA, ESQ., of the Federal Defenders of New York, Inc., do hereby represent the defendant, VADIM YERMOLENKO, in the above captioned case.

DATED:    Brooklyn, New York
               December 14, 2022

                              /s/
                          NORA HIROZAWA
                          Assistant Federal Defender
                          Federal Defenders of New York, Inc.
                          Eastern District of New York
                          One Pierrepont Plaza - 16th Floor
                          Brooklyn, New York 11201
                          (718) 330-1290
                          nora_hirozawa@fd.org