

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JAM/CRH/MS        *271 Cadman Plaza East*
F. #2021R01110     *Brooklyn, New York 11201*

September 15, 2023

<u>By ECF</u>

| | |
|---|---|
| David G. Lazarus, Esq., | Nora Hirozawa, Esq., |
| Michael K. Fee, Esq., | Earl Alexander Kirkland, III, Esq., |
| Verrill Dana | Federal Defenders of New York |
| 1 Federal Street, 20th Floor | One Pierrepont Plaza, 16th Floor |
| Boston, MA 02210 | Brooklyn, NY 11201 |
| dlazarus@verrill-law.com | earl_kirkland@fd.org |
| mfee@verrill-law.com | nora_hirozawa@fd.org |
| *Attorneys for Alexey Brayman* | *Attorneys for Vadim Yermolenko* |

Sabrina P. Shroff, Esq.,
80 Broad Street, 19th Floor
New York, NY 20004
sabrinashroff@gmail.com
*Attorney for Vadim Konoshchenok*

       Re:    United States v. Yevgeniy Grinin et al.
               <u>Criminal Docket No. 22-409 (S-2) (HG)</u>

Dear Counsel:

      Enclosed please find materials that are being produced in accordance with the government's discovery obligations. These materials are being produced pursuant to the Supplemental Protective Order in this matter. <u>See</u> ECF No. 81. Pursuant to that Order, some of the items have been marked as "Sensitive Discovery" and should be handled accordingly. The government also requests reciprocal discovery from the defendants.

I. <u>The Government's Discovery</u>

Please find enclosed the following materials:

| Description | Begin Bates | End Bates |
|---|---|---|
| Selected materials from the account Bjlivshits@yahoo.com - SENSITIVE | 00000518 | 00000518 |
| Selected materials from the account Gorgood@gmail.com – SENSITIVE | 00000519 | 00000519 |
| Selected materials from the account Kieww@gmail.com – SENSITIVE | 00000520 | 00000520 |
| Records provided by Yahoo Inc. related to the account Bjlivshits@yahoo - SENSITIVE | 00000521 | 00000521 |
| Select records related to mobile devices associated with Alexey Brayman - SENSITIVE | 00000522 | 00000528 |
| Data obtained from mobile devices and electronic storage devices associated with Alexey Brayman | AB 27 | AB 39 |
| Records provided by Google LLC related to the account kiewww@gmail.com | AB 40 | AB 40 |
| Data from a hard associated with Vadim Konoshchenok – SENSITIVE | VK 4 | VK 4 |
| Records provided by Apple Inc. related to DSID 1774175664 | VK 5 | VK 5 |
| Records provided by Apple Inc. related to DSID 106586944 - SENSITIVE | VY 8 | VY 8 |
| Records provided by Apple Inc. related to DSID 213764260 - SENSITIVE | VY 9 | VY 9 |
| Data obtained from mobile devices and electronic storage devices associated with Vadim Yermolenko - SENSITIVE | VY 10 | VY 12 |
| Records provided by Apple Inc. related to DSID 106586944 | VY 13 | VY 13 |
| Records provided by Apple Inc. related to DSID 213764260 | VY 15 | VY 15 |
| Records related to mobile devices associated with Vadim Yermolenko | VY 16 | VY 16 |

| Description | Begin Bates | End Bates |
|---|---|---|
| VY Phones - Cellebrite Reports - Samsung Galaxy A32 | VY 17 | VY 21 |

                Very truly yours,

                BREON PEACE
                United States Attorney

By:    /s/ *Artie McConnell*
        Artie McConnell
        Craig R. Heeren
        Matthew Skurnik
        Assistant U.S. Attorneys
        (718) 254-7150

cc:    Clerk of the Court (HG) (by ECF) (without enclosures)