

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JAM/CRH/MS
F. #2021R01110

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 17, 2023

<u>By ECF and Email</u>

David G. Lazarus, Esq.,
Michael K. Fee, Esq.,
Verrill Dana
1 Federal Street, 20th Floor
Boston, MA 02210
dlazarus@verrill-law.com
mfee@verrill-law.com
*Attorneys for Alexey Brayman*

Nora Hirozawa, Esq.,
Earl Alexander Kirkland, III, Esq.,
Federal Defenders of New York
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
earl_kirkland@fd.org
nora_hirozawa@fd.org
*Attorneys for Vadim Yermolenko*

Sabrina P. Shroff, Esq.,
80 Broad Street, 19th Floor
New York, NY 20004
sabrinashroff@gmail.com
*Attorney for Vadim Konoshchenok*

      Re:    <u>United States v. Yevgeniy Grinin et al.</u>
                <u>Criminal Docket No. 22-409 (S-2) (HG)</u>

Dear Counsel:

        Please find, at the USAfx file exchange location provided to you via email, materials that are being produced in accordance with the government's discovery obligations. These materials are being produced pursuant to the Supplemental Protective Order in this matter. <u>See</u> ECF No. 81. Pursuant to that Order, some of the items have been marked as "Sensitive Discovery" and should be handled accordingly. The government also requests reciprocal discovery from the defendant.

I. <u>The Government's Discovery</u>

Please find enclosed the following materials[1]:

| Description | Bates Begin | Bates End |
|---|---|---|
| Department of Treasury document | 529 | 536 |
| Search warrant and associated materials, No. 22-MJ-588 (**Sensitive Discovery**) | 537 | 569 |
| Photographs related to search warrant, No. 22-MJ-588 (**Sensitive Discovery**) | 570 | 579 |
| Documents related to search warrant, No. 22-MJ-588 (**Sensitive Discovery**) | 580 | 585 |
| Report of interview (**Sensitive Discovery**) | 586 | 588 |
| Consent to Search Form (**Sensitive Discovery**) | 589 | 589 |
| Advice of Rights Form (**Sensitive Discovery**) | 590 | 590 |
| Fingerprint Card – Vadim Yermolenko | 591 | 592 |
| Receipt of Passport – Vadim Yermolenko | 593 | 593 |
| Documents associated with interview (**Sensitive Discovery**) | 607 | 623 |
| Report of interview (**Sensitive Discovery**) | 624 | 624 |
| Business records (**Sensitive Discovery**) | 625 | 636 |
| Evidence Log and Property Receipt – 30 Ellis Drive, Merrimack, NH | 637 | 639 |
| Electronic communications (**Sensitive Discovery**) | 640 | 660 |

---

[1] Please note that Bates ranges 000594-000606, 000726-000727, 000831-000847, 000851 and 000911-000927, 001423-001432 were intentionally left blank.

| Description | Bates Begin | Bates End |
|---|---|---|
| Photographs – 30 Ellis Drive, Merrimack, NH | 661 | 670 |
| Photograph Log – 30 Ellis Drive, Merrimack, NH | 671 | 679 |
| Report of interview (**Sensitive Discovery**) | 680 | 683 |
| Documents and records associated with interview (**Sensitive Discovery**) | 684 | 706 |
| Report of interview (**Sensitive Discovery**) | 707 | 709 |
| Report of Investigation and associated records (**Sensitive Discovery**) | 710 | 725 |
| FedEx records | 728 | 728 |
| Venmo records | 729 | 730 |
| TD Bank records | 731 | 761 |
| Yahoo records | 762 | 764 |
| Deutsche Bank records | 765 | 765 |
| PayPal records | 766 | 768 |
| Bank of New York Mellon records | 769 | 769 |
| Federal Reserve Bank of New York records | 770 | 770 |
| Barclays records | 771 | 771 |
| HSBC records | 772 | 830 |

| Description | Bates Begin | Bates End |
|---|---|---|
| Apple records | 848 | 848 |
| JP Morgan Chase Bank, N.A. records | 849 | 849 |
| Citibank records | 850 | 850 |
| FedEx records | 852 | 852 |
| Standard Charter records | 853 | 853 |
| WhatsApp records | 854 | 857 |
| Google records | 858 | 859 |
| Yahoo records | 860 | 860 |
| Google records | 861 | 863 |
| DHL records | 864 | 864 |
| UPS records | 865 | 865 |
| Google records | 866 | 879 |
| Yahoo records | 880 | 880 |
| Apple records | 881 | 885 |
| Microsoft records | 886 | 895 |
| Wells Fargo records | 896 | 910 |

| Description | Bates Begin | Bates End |
|---|---|---|
| eBay records | 928 | 928 |
| UPS records | 929 | 929 |
| PayPal records | 930 | 930 |
| TD Bank records | 931 | 931 |
| Wells Fargo records | 932 | 1136 |
| JPMorgan Chase Bank, N.A. records | 1137 | 1250 |
| PayPal records | 1251 | 1312 |
| Bank of America records | 1313 | 1313 |
| Google records | 1314 | 1317 |
| Dropbox records | 1318 | 1319 |
| eBay records | 1320 | 1320 |
| Apple records | 1321 | 1321 |
| PayPal records | 1322 | 1383 |
| Wells Fargo records | 1384 | 1384 |
| Experian records | 1385 | 1388 |
| Equifax records | 1389 | 1420 |

| Description | Bates Begin | Bates End |
|---|---|---|
| Wise US Inc. records | 1421 | 1421 |
| Transunion records | 1422, 1433 | 1440 |

Very truly yours,

BREON PEACE
United States Attorney

By:  /s/ *Artie McConnell*
Artie McConnell
Craig R. Heeren
Matthew Skurnik
Assistant U.S. Attorneys
(718) 254-7150

cc: Clerk of the Court (HG) (by ECF) (without enclosures)