**SABRINA P. SHROFF**
ATTORNEY AT LAW

80 BROAD STREET, 19TH FLOOR
NEW YORK, NEW YORK 10004
TELEPHONE: (646) 763-1490

October 28, 2023

**BY ECF**

Hon. Hector Gonzalez
United States District Judge for
 the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Vadim Konoshchenok, 22 Cr. 409 (HG)

Hon. Gonzalez,

I write to request the Court *nunc pro tunc* authorize the funds for Ms. Nelly Alishaev to translate the indictment and portions of the government's detention memorandum from English to Russian. Ms. Alishaev is used by the Court for in-court appearances. My colleague Gary Villanueva appeared for me in magistrate court and Ms. Alishaev was used for that Court appearance as well.

I inadvertently failed to seek prior permission which is needed as Ms. Alishaev who is a court credited Russian interpreter bills at 30 cents per word (as opposed to the 27 cents per word allowed by CJA), which brings the cost to $ 4,352. 40.  I ask the Court to approve this expense so Ms. Alishaev may be compensated for her work.

I thank the Court for its attention to this matter.

Respectfully submitted,

/s/Sabrina Shroff
Counsel for Vadim Konoshchenok