

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| JAM/CRH/MS | *271 Cadman Plaza East* |
| F. #2021R01110 | *Brooklyn, New York 11201* |

November 30, 2023

<u>By ECF and Email</u>

| | |
|---|---|
| David G. Lazarus, Esq., | Nora Hirozawa, Esq., |
| Michael K. Fee, Esq., | Earl Alexander Kirkland, III, Esq., |
| Verrill Dana | Federal Defenders of New York |
| 1 Federal Street, 20th Floor | One Pierrepont Plaza, 16th Floor |
| Boston, MA 02210 | Brooklyn, NY 11201 |
| dlazarus@verrill-law.com | earl_kirkland@fd.org |
| mfee@verrill-law.com | nora_hirozawa@fd.org |
| *Attorneys for Alexey Brayman* | *Attorneys for Vadim Yermolenko* |

Sabrina P. Shroff, Esq.,
80 Broad Street, 19th Floor
New York, NY 20004
sabrinashroff@gmail.com
*Attorney for Vadim Konoshchenok*

     Re: <u>United States v. Yevgeniy Grinin et al.</u>
       <u>Criminal Docket No. 22-409 (S-2) (HG)</u>

Dear Counsel:

    Please find, at the USAfx file exchange location provided to you via email, materials that are being produced in accordance with the government's discovery obligations. These materials are being produced pursuant to the Supplemental Protective Order in this matter. <u>See</u> ECF No. 81. Pursuant to that Order, some of the items have been marked as "Sensitive Discovery" and should be handled accordingly. The government also requests reciprocal discovery from the defendant.

I.   <u>The Government's Discovery</u>

    Please find enclosed the following materials:

| Description | Bates Begin | Bates End |
|---|---|---|
| Department of Commerce Reports **(Sensitive Discovery)** | 001441 | 001492 |

| Description | Bates Begin | Bates End |
|---|---|---|
| Global Test Equipment, Inc. Records (**Sensitive Discovery**) | 01493 | 001547 |
| Keysight Technologies Records (**Sensitive Discovery**) | 001548 | 001548 |
| Records Associated with Items Seized in Estonia (**Sensitive Discovery**) | 001549 | 001680 |
| Deutsch Bank Records | 001681 | 001694 |
| SpectraDynamics Records (**Sensitive Discovery**) | 001695 | 001740 |
| ValueTronics Records (**Sensitive Discovery**) | 001741 | 001800 |
| Draft Transcription of Interview (**Sensitive Discovery**) | 001801 | 002000 |
| Department of Commerce License Determinations | 002001 | 002026 |

Very truly yours,

BREON PEACE
United States Attorney

By:   /s/ *Matthew Skurnik*
Artie McConnell
Craig R. Heeren
Matthew Skurnik
Assistant U.S. Attorneys
(718) 254-6231

cc:    Clerk of the Court (HG) (by ECF) (without enclosures)