

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CRH/JMA/MS
F.#2016R00308

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 16, 2024

By ECF and Email

The Honorable Hector Gonzalez
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Yevgeniy Grinin et al.
              Docket No. 22-CR-409 (S-2) (HG)

Dear Judge Gonzalez:

      The government writes regarding the Court's order to submit a joint letter regarding a proposed schedule for Rule 12 motions, motions in limine, jury selection-related documents, proposed jury instructions, and a trial date. See Minute Entry, Oct. 19, 2023. After conferring, defense counsel requests an additional two weeks to propose a schedule. The government does not object to this request.

      Separately, the government respectfully requests a brief adjournment of the status conference currently scheduled for February 22, 2024 to February 28, 2024, if that date is convenient for the Court. Two of the undersigned counsel for the government are unavailable on February 22 due to a personal matter and an ongoing trial. Counsel for defendants Vadim Konoshenok and Vadim Yermolenko do not object; counsel for defendant Alexey Brayman have not provided their position.

                              Respectfully submitted,

                              BREON PEACE
                              United States Attorney

            By:    /s/ Craig R. Heeren
                              Artie McConnell
                              Craig R. Heeren
                              Matthew Skurnik
                              Assistant U.S. Attorneys
                              (718) 254-7000

cc:    Counsel for defendants (by ECF)