**SABRINA P. SHROFF**  80 BROAD STREET, 19TH FLOOR
 ATTORNEY AT LAW  NEW YORK, NEW YORK 10004
  TELEPHONE: (646) 763-1490

March 8, 2024

**BY ECF**

Hon. Hector Gonzalez
United States District Judge for
 the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>United States v. Vadim Konoshchenok</u>, 22 Cr. 409 (HG)

Hon. Gonzalez,

I write to request the Court allow my colleague Ms. Nora Hirozawa to stand in for me at today's status conference. I represent Mr. Konoshchenok and there are two other defendants in this case.

I remain engaged at trial (*United States v. Juan Orlando Hernandez Alvarado*, 15 Cr. 379 (PKC), and do not anticipate a verdict by 11:00 a.m. today which is the time of the status conference in this case. I thank the Court for its consideration of this request.

Respectfully submitted,

/s/Sabrina P. Shroff
Counsel to Vadim Konoshchenok