**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

CRH
F.#2019R01707

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 2, 2024

By ECF and Email

The Honorable Hector Gonzalez
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Nikolaos Bogonikolos
Docket No. 22-CR-409 (S-2) (HG)

Dear Judge Gonzalez:

The government writes, with the consent of counsel for defendant Nikolaos Bogonikolos, to request an adjournment of the status conference currently scheduled for July 8, 2024, to a date in late July or early August that is convenient for the Court. The parties are engaged in discovery practice and ongoing discussions that may result in the resolution of this matter in lieu of trial, and require more time to engage in this activity. The parties also jointly request that the Court continue to exclude time under the Speedy Trial Act for these same reasons. See 18 U.S.C. § 3161(h)(1)(G); 3161(h)(7).

Respectfully submitted,

BREON PEACE
United States Attorney

By: /s/ Craig R. Heeren
Artie McConnell
Craig R. Heeren
Matthew Skurnik
Assistant U.S. Attorneys
(718) 254-7000