**SABRINA P. SHROFF**  80 BROAD STREET, 19TH FLOOR
  ATTORNEY AT LAW  NEW YORK, NEW YORK 10004
  TELEPHONE: (646) 763-1490

August 1, 2024

**BY ECF**

Hon. Hector Gonzalez
United States District Judge for
 the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>United States v. Vadim Konoshchenok</u>, 22 Cr. 409 (HG)

Hon. Gonzalez,

Vadim Konoshchenok has been detained at the Metropolitan Detention Center (MDC) since his presentment in the Eastern District of New York on July 15, 2023.  I have been unable to locate Mr. Konoshchenok since July 30, 2024; his son has not heard from him since July 29, 2024.

In an effort to locate my client I contacted the BOP at 9:30 a.m. on July 31, 2024, and received this response:

> "According to our locator & records we have no information on theAiC[1] mentioned. For more information, please try contacting the USMS."

Email dated July 31, 2024 from Legal Department at the MDC.

Next, as directed by BOP, I contacted the United States Marshal Service. I also contacted the United States Attorney's Office, and the assistant united states attorneys assigned to prosecute Mr. Konoshchenok. I received no response to my inquiries.

Vadim Konoshchenok has a right to counsel under the Sixth and Fifth Amendments to the United States Constitution and I write to request the Court order the United States Attorney's Office to disclose to me, the location of Mr. Konoshchenok no later than noon today, August 1, 2024, so that he may continue to have access to his counsel.

Respectfully submitted,

/s/Sabrina P. Shroff
Counsel to Vadim Konoshchenok

                                        SO ORDERED: _____
  Hon. Hector Gonzalez

---

[1] The acronym "Aic" notes Adult in Custody